NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HOME PRODUCTS INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**v.**

**SINCE HARDWARE (GUANGZHOU) CO. LTD.,**
*Defendant-Appellant.*

———————————

2012-1608

———————————

Appeal from the United States Court of International Trade in Nos. 11-CV-0104 and 11-CV-0105, Judge Leo M. Gordon.

———————————

**JUDGMENT**

———————————

FREDERICK L. IKENSON, Blank Rome, LLP, of Washington, DC, argue for plaintiff-appellee. Of counsel were KIERSTAN LEE CARLSON and LARRY HAMPEL.

CARRIE A. DUNSMORE, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, PATRICIA M. MCCARTHY, Assistant Director. Of counsel on the brief was NATHANIEL J. HALVORSON, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

WILLIAM E. PERRY, Dorsey & Whitney, LLP, of Seattle, Washington, argued for defendant-appellant. With him on the brief was EMILY LAWSON.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2013          /s/ Jan Horbaly
Date                       Jan Horbaly
                              Clerk